UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BRIDGEWATER,<br><br>Petitioner,<br><br>v.<br><br>McDOWELL, Warden,<br><br>Respondent. | No. 2:16-cv-1071 GGH P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; plaintiff did not request permission to proceed *in forma pauperis*. The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was transferred to this court on May 6, 2002[1], and was denied on the merits on December 24, 2009. See <u>Bridgewater v. Roe</u>, Civ.S. 2:02-0971 LKK KJM. Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

---

[1] The paper case file is archived and therefore the filed date of the petition is unknown.

1

Accordingly, IT IS ORDERED that: The Clerk of the Court shall assign a district judge to this case.

IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 25, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:AM/kly
brid1071.succ