UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BRIDGEWATER,<br><br>Petitioner,<br><br>v.<br><br>McDOWELL, Warden,<br><br>Respondent. | No. 2:16-cv-1071 JAM GGH P<br><br><br><br>ORDER |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 26, 2016, the court issued Findings and Recommendations recommending that the application be dismissed without prejudice to its *refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.* That order allowed objections to be filed to the Findings and Recommendations within fourteen days after petitioner was served. Insofar as no objections were received, the district judge adopted the Findings and Recommendations and entered Judgement on the case on August 11, 2016.

On August 22, 2016, petitioner filed an Amended Application for a writ of habeas corpus without having sought the certification required by the court, thus doing so in violation of a court order.

////

////

1

In light of the foregoing, the amended application is an improperly filed post-dismissal document with no basis in the rules of procedure, and will be disregarded. Petitioner is again advised *to ask for a certification to proceed from the Ninth Circuit.*

Dated: September 13, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE